[No. 13669-4-II.   Division Two.   April 14, 1992.]

CLALLAM COUNTY PHYSICIANS' SERVICE, INC., *Appellant*,
v. DELMAR THOMPSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Clallam County, No. 87-2-00413-1, Grant S. Meiner, J.,

entered February 2, 1990. *Affirmed* by unpublished opinion per Reed, J. Pro Tem., concurred in by Petrich, C.J., and Morgan, J.